

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,473-01

### EX PARTE JOHN DAVID ODEN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 99CR14978A IN THE 123RD DISTRICT COURT
### FROM SHELBY COUNTY

*Per curiam.* KEEL and WALKER, JJ., dissented.

## O R D E R

Applicant was charged with capital murder, but pleaded guilty to murder in exchange for a sentence of life imprisonment. He did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court conducted a live habeas hearing, after which that court made findings of fact and conclusions of law recommending that relief be granted. However, this Court finds that the record does not support the trial court's recommendation to grant relief. Based on this Court's independent review of the entire record, relief is denied.

Filed: May 04, 2022
Do not publish